**Opinion issued May 16, 2013.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00221-CV**

———————————

**IN RE THE CADLE COMPANY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, The Cadle Company, petitioned this court for mandamus relief concerning the trial court's March 5, 2013 order striking the relator's petition in intervention.[1] Since filing their petition, the parties to the underlying suit have reached a resolution of the issue, and the relator moves the Court to dismiss the

---

[1] The underlying case is No. 406,816-401, in *The Estate of Ruth Sellers Coursey, Deceased*, No. 406,816, In the Probate Court No. 2 of Harris County, Texas, The Honorable Mike Wood, presiding.

petition on that basis.  The motion is granted, all stays are lifted, and the petition is dismissed.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.